IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ABDOUL ADEBAYO SOARE,<br><br>                          Plaintiff,<br><br>vs.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>                          Defendant. | Case No.: |

## ANSWER

Comes now Defendant WMATA, by and through the undersigned counsel, and answers the Complaint as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action against upon which relief may be granted.

### SECOND DEFENSE

WMATA answers Plaintiff's paragraphs as follows:

1. WMATA lacks sufficient information to admit or deny the allegations of Sentence One of the Complaint. Therefore, it is denied.

2. WMATA lacks sufficient information to admit or deny the allegations of Sentence Two of the Complaint. Therefore, it is denied.

3. WMATA denies the allegations of Paragraph 3.

### THIRD DEFENSE

The Plaintiff's claim is barred by the doctrine of contributory negligence.

### FOURTH DEFENSE

The Plaintiff's claim is barred by the doctrine of assumption of the risk.

### FIFTH DEFENSE

The Plaintiff's claim is barred, in whole or in part, by WMATA's governmental or sovereign immunity under applicable law.

### SIXTH DEFENSE

The Plaintiff's claim is barred, in whole or in part, by the WMATA Compact, codified in Maryland at Md. Code Ann., Transportation Article, 10-204.

### SEVENTH DEFENSE

The Defendant reserves the right to defend this action upon the basis of the Plaintiff's failure to mitigate her damages.

### EIGHTH DEFENSE

The Plaintiff's claim may be barred by the statute of limitations.

### NINTH DEFENSE

WMATA is not subject to pre-judgment interest under applicable law.

### TENTH DEFENSE

If the Plaintiff was injured as alleged in the complaint, the injuries, if any, were the sole result of the acts of a person or persons other than WMATA or WMATA's servants, agents, or employees acting within the scope of their employment.

Defendant WMATA intends to right to rely upon any and all defenses available from the evidence presented at the trial of this action, including, but not limited to, failure to mitigate damages, and reserves the right to assert such defenses at that time.

Further answering the Complaint, Defendant denies all allegations of improper conduct, and further denies all allegations not specifically admitted or otherwise answered.

WHEREFORE, WMATA, having fully answered the Complaint, prays that the same be dismissed with costs assessed against the Plaintiff.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

*/s/ Sarah E. Allison*
Sarah E. Allison #20455
Associate Counsel, WMATA
600 5th St., N.W.
Washington, D.C. 20001
(202) 962-6090 (phone)
(202) 962-2550 (facsimile)
eallison@wmata.com

## JURY DEMAND

The Defendant demands a trial by jury.

*/s/ Sarah E. Allison*
Sarah E. Allison #20455

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Answer was served via U.S. Mail, postage pre-paid, this 3rd day of October 2019, to:

Conrad N. Bayelle
8630 Fenton Street, Ste. 226
Silver Spring, MD 20910

/s/ Sarah E. Allison
Sarah E. Allison