IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| ABDOUL ADEBAYO SOARE,<br><br>                        Plaintiff,<br><br>vs.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>                        Defendant. | Case No.: |

**DEFENDANT'S FILING OF PREVIOUS FILINGS IN STATE COURT**

Defendant Washington Metropolitan Area Transit Authority hereby submits the filings previously made by Plaintiff in state court in this action being removed.

1. Summons
2. Complaint

                                                Respectfully Submitted,

                                                WASHINGTON METROPOLITAN AREA
                                                TRANSIT AUTHORITY

                                                */s/ Sarah E. Allison*
                                                Sarah E. Allison #20455
                                                Associate Counsel, WMATA
                                                600 5th St., N.W.
                                                Washington, D.C. 20001
                                                (202) 962-6090 (phone)
                                                (202) 962-2550 (facsimile)
                                                eallison@wmata.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Filing of Previous Filings in State Court was served via U.S. Mail, postage pre-paid, this 3rd day of October 2019, to:

Conrad Bayelle
8630 Fenton Street, Ste. 226
Silver Spring, MD 20910
Attorney for Plaintiff

/s/ Sarah E. Allison
Sarah E. Allison

2